UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
JANAE C. WATSON

Chapter 13

Debtor

Bankruptcy No. 21-11011-ELF

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 14, 2021**

_____
Honorable Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
JEANNE MARIE CELLA  
215 N OLIVE ST, STE 101

MEDIA, PA 19063-

Debtor:  
JANAE C. WATSON

60 WEST PLUMSTEAD AVE

LANSDOWNE, PA 19050